IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
(COLUMBIA)

ANNIE LAURA JACKSON
L. JEAN JACKSON

    Plaintiffs,

v.                                No. 1:06-cv-00052
                                  Judge Trauger

CARVELL REALTY CO., ET AL

    Defendants.

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Come the Plaintiff's, through counsel, and pursuant to FRCP 41(a)(2) and would move the court to allow a voluntary dismissal of this case. As grounds for this motion, Plaintiff, Annie Jackson, who is 90 years old, is no longer able to participate because of declining health. Her daughter, Jean Jackson, does not want to continue this case because she will not be able to care for her mother and attend court proceedings. Therefore, the Plaintiff's would request that the court dismiss this case, without prejudice.

Respectfully Submitted,

s/James L. Harris (TN BPR #014173)
2400 Crestmoor Road
Nashville, TN 37215
615-386-7143
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I certify that the original of the foregoing has been provided to Mary Byrd Ferrara and Teresa Reall Ricks, defense counsel, FARRAR & BATES, 211 7th Ave. N. Ste. 420, Nashville, TN 37219-1823 by electronic filing this 22st day of June, 2007.

s/James L. Harris